**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

DIXIE NICOLE TENNISON,                    )
                                          )
            Plaintiff,                    )
                                          )
v.                                        )        Case No. CIV-21-717-J
                                          )
KILOLO KIJAKAZI,                          )
Acting Commissioner of the                )
Social Security Administration,           )
                                          )
            Defendant.                    )

## ORDER

The Social Security Administration (SSA) denied Plaintiff's application for disability insurance benefits, and Plaintiff filed suit under 42 U.S.C. § 405(g) seeking judicial review of the decision. Defendant filed the administrative record, and both parties briefed their positions. The matter was referred to United States Magistrate Judge Gary M. Purcell consistent with 28 U.S.C. § 626(b)(1)(B). [Doc. No. 17]. Thereafter, Judge Purcell issued a Report and Recommendation recommending that the SSA's decision be reversed and remanded for further proceedings. [Doc. No. 26]. The parties were advised of their right to object to the Report and Recommendation by May 17, 2022. No objection has been filed. Defendant has therefore waived any right to appellate review of the factual and legal issues in the Report and Recommendation. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 26] and REVERSES and REMANDS the SSA's decision.

IT IS SO ORDERED this 18th day of May, 2022.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE